| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Galileo Learning Franchising LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3255638** | |
| 4. | **Debtor's address** | **Principal place of business** **1021 3rd St.** **Oakland, CA 94607** Number, Street, City, State & ZIP Code  **Alameda** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://galileoenrichment.com/franchise/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Galileo Learning Franchising LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7999__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Galileo Learning LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **N. D. Cal.** When **5/06/20** | Case number, if known | |

| Debtor | **Galileo Learning Franchising LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Galileo Learning Franchising LLC** Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2020**
MM / DD / YYYY

**X** **/s/ Glen Tripp** **Glen Tripp**
Signature of authorized representative of debtor    Printed name

Title **Manager of Galileo Learning LLC, the Sole Member of the Debtor**

---

**18. Signature of attorney**

**X** **/s/ Neal L. Wolf** Date **May 6, 2020**
Signature of attorney for debtor    MM / DD / YYYY

**Neal L. Wolf**
Printed name

**Hanson Bridgett LLP**
Firm name

**1676 No. California Blvd.**
**Suite 620**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone **(415) 995-5015**    Email address **nwolf@hansonbridgett.com**

**202129 CA**
Bar number and State

# WRITTEN CONSENT
# OF THE SOLE MEMBER OF
# GALILEO LEARNING FRANCHISING LLC

The undersigned, being the sole member ("*Member*") of Galileo Learning Franchising LLC, a California limited liability company (the "*Company*"), acting by written consent without a meeting in accordance with Section 17704.07 of the California Revised Uniform Limited Liability Company Act (the "**Act**") and the Operating Agreement of the Company (the "*Agreement*"), does hereby consent to the adoption of the following resolutions as of May 5, 2020 (the "*Effective Date*").

## Chapter 11 Reorganization

WHEREAS, due to the current financial uncertainty caused by COVID-19, the sole Member and parent company of the Company, Galileo Learning, LLC has decided to file for reorganization under Chapter 11 of the United States Bankruptcy Code (the "*Bankruptcy*");

WHEREAS, the Member of the Company also believe that it is in the best interest of the Company to file for Bankruptcy; and

WHEREAS, pursuant to Section 4.1 of the Agreement, the Member possesses the exclusive right to control, manage, and direct the Company's business and affairs and to take all such action as she may deem necessary or appropriate to accomplish the purpose of the Company.

NOW, THEREFORE, BE IT RESOLVED, that the Company shall take such actions as may be necessary or proper to file for Bankruptcy including, but not limited to, the filing of a petition in the appropriate bankruptcy court.

RESOLVED FURTHER, that any actions taken by the Member on behalf of the Company prior to the date of the foregoing resolutions adopted hereby, that are within the authority conferred hereby, are hereby ratified, confirmed and approved.

RESOLVED FURTHER, that the Member be, and hereby is, authorized to sign and/or deliver such documents, make such filings and to do such other acts on behalf of this Company as are required in connection with, or are necessary to effectuate, the purpose and intent of this Consent.

(*Signature page follows*)

IN WITNESS WHEREOF, the undersigned, being the sole Member of the Company has duly executed this Written Consent as of the Effective Date.

**Galileo Learning, LLC,**
a California limited liability company

By: _____
Name: Glenn Tripp, Manager

# Fill in this information to identify the case:

Debtor name __Galileo Learning Franchising LLC__

United States Bankruptcy Court for the: __Northern__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Angie Peluse<br>2876 Geneva Street<br>Denver, CO 80238 | Angie Peluse | Franchise contract | Contingent, unliquidated, disputed | | | Unknown |
| 2 | Emily Charlesworth<br>2804 Lima Street<br>Denver, CO 80238 | Emily Charlesworth<br>303-828-7345<br>echarlesworth@gmail.com | Customer contract | Disputed | | | $2,728.00 |
| 3 | Mark King<br>9658 E 28th Ave.<br>Denver, CO 80238 | Mark King<br>301-346-4414<br>j.meghan.king@gmail.com | Customer contract | Disputed | | | $1,693.00 |
| 4 | Stephanie Pappas<br>5291 Boston St.<br>Denver, CO 80238 | Stephanie Pappas<br>720-469-5880<br>pappas.scicom@gmail.com | Customer contract | Disputed | | | $1,526.00 |
| 5 | Erin Crandall<br>3300 Utica Street<br>Denver, CO 80212 | Erin Crandall<br>310-880-9955<br>erin.crandall@teachforamerica.org | Customer contract | Disputed | | | $1,419.00 |
| 6 | Estrella Gillette<br>2223 Ivanhoe Street<br>Denver, CO 80207 | Estrella Gillette<br>720-544-1952<br>estrella.gillette@gmail.com | Customer contract | Disputed | | | $1,307.00 |
| 7 | Rachel Kurtz-Phelan<br>2631 Valentia St.<br>Denver, CO 80238 | Rachel Kurtz-Phelan<br>240-441-2461<br>zz_rachel@hotmail.com | Customer contract | Disputed | | | $1,207.75 |
| 8 | Emily Greenwald<br>2824 Willow Street<br>Denver, CO 80238 | Emily Greenwald<br>267-258-5452<br>emilygreenwald5@gmail.com | Customer contract | Disputed | | | $1,167.00 |

Debtor   Galileo Learning Franchising LLC            Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Emily Fox<br>3561 Yosemite St.<br>Denver, CO 80238 | Emily Fox<br>303-717-2463<br>emilyafox@me.com | Customer contract | Disputed | | | $1,117.00 |
| 10 Ashley Dancho<br>3521 Yosemite St.<br>Denver, CO 80238 | Ashley Dancho<br>720-384-6904<br>ashleydancho@gmail.com | Customer contract | Disputed | | | $1,092.00 |
| 11 Emilio Keegan<br>1105 South Cherry St.<br>Glendale, CO 80246 | Emilio Keegan<br>720-999-6634<br>emiliokeegan@gmail.com | Customer contract | Disputed | | | $1,000.00 |
| 12 Roger Harmon<br>2871 Spruce St.<br>Denver, CO 80238 | Roger Harmon<br>720-979-5911<br>roger.harmon@ccd.edu | Customer contract | Disputed | | | $950.25 |
| 13 Lucy Dipietro<br>2702 Fulton St.<br>Denver, CO 80238 | Lucy Dipietro<br>404-275-1804<br>lucy.downey@gmail.com | Customer contract | Disputed | | | $906.00 |
| 14 Meaghan Goedde<br>3537 Akron Ct.<br>Denver, CO 80238 | Meaghan Goedde<br>503-449-4662<br>meaghan.goedde@gmail.com | Customer contract | Disputed | | | $876.00 |
| 15 Jennifer Voss<br>2519 Wabash St.<br>Denver, CO 80238 | Jennifer Voss<br>720-934-0072<br>jenvossrn@gmail.com | Customer contract | Disputed | | | $856.00 |
| 16 Annika Mosier<br>3446 Willow St.<br>Denver, CO 80238 | Annika Mosier<br>530-448-9283<br>annikam@gmail.com | Customer contract | Disputed | | | $828.00 |
| 17 Mei Zhou<br>2615 Gray Wolf Loop<br>Broomfield, CO 80023 | Mei Zhou<br>719-200-4268<br>mei.jzhou@gmail.com | Customer contract | Disputed | | | $828.00 |
| 18 Andrea Maikovich-Fong<br>8386 East 50th Avenue<br>Denver, CO 80238 | Andrea Maikovich-Fong<br>720-496-7370<br>andrea.k.maikovich-fong@kp.org | Customer contract | Disputed | | | $808.00 |
| 19 Vanessa Duarte<br>8181 E. 29th Ave.<br>Denver, CO 80238 | Vanessa Duarte<br>303-619-1256<br>v_huerta@icloud.com | Customer contract | Disputed | | | $778.00 |
| 20 Nanette Kearney<br>c/o Aiman-Smith & Marcy P.C.<br>7677 Oakport St. # 1150<br>Oakland, CA 94621 | Randall B. Aiman-Smith<br>(510) 817-2711<br>ras@asmlawyers.com | Litigation | Contingent, unliquidated, and disputed | | | Unknown |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

16521936.1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Galileo Learning Franchising LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2020**    X **/s/ Glen Tripp**
Signature of individual signing on behalf of debtor

**Glen Tripp**
Printed name

**Manager of Galileo Learning LLC, the sole Member of the Debtor**
Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of California

In re: **Galileo Learning Franchising LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Galileo Learning LLC<br>1021 3rd St.<br>Oakland, CA 94607 | | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of Galileo Learning LLC, the sole Member** of the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 6, 2020**  
Signature **/s/ Glen Tripp**  
**Glen Tripp**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re   **Galileo Learning Franchising LLC**                                    Case No.
                                    Debtor(s)                                    Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Galileo Learning Franchising LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Galileo Learning LLC**
**1021 3rd St.**
**Oakland, CA 94607**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May  6, 2020** | **/s/ Neal L. Wolf** |
| Date | **Neal L. Wolf** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Galileo Learning Franchising LLC** |
| | **Hanson Bridgett LLP** |
| | **1676 No. California Blvd.** |
| | **Suite 620** |
| | **Walnut Creek, CA 94596** |
| | **(415) 995-5015 Fax:(415) 995-3411** |
| | **nwolf@hansonbridgett.com** |